UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN JUDE SEKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15CV1669 RWS |
| | ) | |
| NANCY A. BERRYHILL,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Shirley P. Mensah for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On January 19, 2017, Judge Mensah filed her recommendation that the decision of the Commissioner denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act be affirmed. No objections to Judge Mensah's Report and Recommendation were filed, and the time for filing objections or for seeking an extension of time to do so has expired.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Mensah set forth in the Report and Recommendation of January 19, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated January 19, 2017 [20] is adopted in its entirety.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February, 2017.